

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2015

No. 04-14-00680-CV

**IN THE INTEREST OF S.P.,** et al, children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02655
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellants Christopher Morales and Joseph Medina's briefs were originally due on January 6, 2015. Appellants filed their first request for an extension of time, requesting an additional twenty days. Appellants motions are GRANTED. Appellants' briefs are due to be filed with this court *no later than January 26, 2015*. *Absent extenuating circumstances, no further extensions will be given.*

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2015.

Keith E. Hottle
Clerk of Court